FILED
JEANNE A. NAUGHTON, CLERK
FEB 04 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY: DEPUTY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Caroline I. Pacheco, Case No. 23-17815

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

OSLT
Name of Transferee

Discover Student Loans
Name of Transferor

Name and Address where notices to transferee should be sent:
Firstmark Services
PO Box 82522
Lincoln, NE 68501

Court Claim # (if known): 2-1
Amount of Claim: $4,554.03
Date Claim Filed: 09/14/2023

Phone: 888-538-7378
Last Four Digits of Acct #: 8121

Phone: 800-618-1621
Last Four Digits of Acct. #: 1000

Name and Address where transferee payments should be sent (if different from above):

Phone: ____________
Last Four Digits of Acct #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tayce Hefner
Transferee/Transferee's Agent

Date: 12/16/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Firstmark Services**
121 S. 13th Street Lincoln, NE 68508
firstmarkfunding@nelnet.net

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 68508 $ 000.62²
02 4W
0000377637 JAN 30 2025

TO THE ORDER OF

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

041 LTCAAMB 08102

# U.S. Bankruptcy Court

## New Jersey Bankruptcy - Camden

Receipt Date: Feb 4, 2025 11:15AM

Firstmark Services
121 S. 13th Street
Lincoln, NE 68508

Rcpt. No: 40001039 Trans. Date: Feb 4, 2025 11:15AM Cashier ID: #LM

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TCNW | Transfer of Clai | 23-17815-JNP | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #352121 | 02/4/2025 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge**: JNP **Case**: 23-17815-JNP

**Debtor**: Caroline I. Pacheco

**341 Meeting**: Thursday 2nd of November 2023 at 11:00 AM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.