**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-17815 (JNP)**

Monthly Payment: $539.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Caroline I. Pacheco
173 Boxwood Drive
Vineland, NJ 08361

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | $539.00 | 02/03/2025 | $539.00 | 03/04/2025 | $539.00 | 04/02/2025 | $539.00 |
| 05/01/2025 | $539.00 | 06/03/2025 | $539.00 | 07/02/2025 | $539.00 | 08/04/2025 | $539.00 |
| 09/04/2025 | $539.00 | 10/02/2025 | $539.00 | 11/03/2025 | $539.00 | 12/03/2025 | $539.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CAROLINE I. PACHECO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $3,550.00 | $3,550.00 | $0.00 | $3,550.00 |
| 1 | AT&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATTORNEY GENERAL, U.S. DEPT. OF JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE | 33 | $13,007.47 | $0.00 | $13,007.47 | $0.00 |
| 5 | CREDENCE RESOURCE MGT., LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CUTCO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FIRSTMARK SERVICES | 33 | $4,554.03 | $0.00 | $4,554.03 | $0.00 |
| 8 | U.S. DEPARTMENT OF EDUCATION | 33 | $1,975.36 | $0.00 | $1,975.36 | $0.00 |
| 9 | ENVISION PHYSICIAN SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | EYE ASSOCIATES - VINELAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | EYE ASSOCIATES-VINELAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GFS-GRECO FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | GS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | INSPIRA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 28 | $1,481.34 | $0.00 | $1,481.34 | $0.00 |
| 16 | NJ UROLOGY LLC, | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NATIONSTAR MORTGAGE, LLC | 24 | $2,005.64 | $1,968.06 | $37.58 | $509.52 |
| 18 | NEW JERSEY ATTORNEY GENERAL OFFICE, DIV. OF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | STATE OF NEW JERSEY | 28 | $140.48 | $0.00 | $140.48 | $0.00 |
| 20 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ROI RECEIVABLES OUTSOURCING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | RADIUS GLOBAL SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | REGIONAL DIAGNOSTIC IMAGING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | RIVERSIDE MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK | 33 | $4,221.46 | $0.00 | $4,221.46 | $0.00 |
| 26 | SAVIT COLLECTION AGENCY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SUMMIT HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SUNRISE CREDIT SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,954.90 | $0.00 | $2,954.90 | $0.00 |
| 30 | TERMINIX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TRANSWORLD SYSTEMS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | TRANSWORLD SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TRUIST BANK | 33 | $494.33 | $0.00 | $494.33 | $0.00 |
| 34 | TRUIST BANK | 33 | $5,320.08 | $0.00 | $5,320.08 | $0.00 |
| 35 | TRUIST BANK - CREDIT LINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | UNITED STATES ATTORNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | UNIV OF PENNSYLVANIA PAH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | UPGRADE INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | VINELAND MUNICIPAL UTILITIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | VINELAND ORAL SURGEONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | VW CREDIT LEASING, LTD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VICTOR DRUZIAKO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | AT&T | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | LVNV FUNDING, LLC | 33 | $13,126.22 | $0.00 | $13,126.22 | $0.00 |
| 48 | DEPARTMENT OF THE TREASURY | 33 | $102.70 | $0.00 | $102.70 | $0.00 |
| 49 | VINELAND MUNICIPAL UTILITIES | 24 | $5,999.14 | $5,886.74 | $112.40 | $1,524.08 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2023 | 7.00 | $0.00 |
| 05/01/2024 | Paid to Date | $2,424.00 |
| 06/01/2024 | 52.00 | $539.00 |
| 10/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,468.00 |
| Total paid to creditors this period: | $5,583.60 |
| Undistributed Funds on Hand: | $485.10 |
| Arrearages: | ($539.00) |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**